UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON LAVIGNE PERRILLOUX INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, A.P. | * <br> * CIVIL ACTION NO.: <br> * |
| VERSUS | * JUDGE: <br> * |
| KUBOTA CORPORATION, <br> KUBOTA TRACTOR CORPORATION, <br> KUBOTA MANUFACTURING OF <br> AMERICA CORPORATION, <br> KUBOTA INDUSTRIAL EQUIPMENT <br> CORPORATION, AND HOME DEPOT | * <br> * MAGISTRATE JUDGE: <br> * <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

TO:   United States District Court
      Eastern District of Louisiana

Pursuant to 28 U.S.C. §§ 1332 and 1441, defendants, KUBOTA TRACTOR CORPORATION ("KTC"), KUBOTA MANUFACTURING OF AMERICA CORPORATION ("KMA"), and KUBOTA INDUSTRIAL EQUIPMENT CORPORATION ("KIE") hereby give notice of their removal of this civil action from the Twenty-First District Court for the Parish of Tangipahoa, State of Louisiana, Civil Action No. 2021-0001943, to the United States District Court for the Eastern District of Louisiana.

I.

Plaintiffs filed their "Petition for Damages"" in the Twenty-First District Court for the Parish of Tangipahoa, State of Louisiana, on July 9, 2021.  A copy of plaintiffs' petition is attached to this notice as Exhibit "A."

II.

KTC's agent for service of process in Louisiana was served with the plaintiffs' petition on July 20, 2021. Plaintiffs served KMA via the Louisiana "long arm statute," La. Rev. Stat. 13:3204, on July 30, 2021. Plaintiffs served KIE via the Louisiana "long arm statute," La. Rev. Stat. 13:3204, on August 2, 2021. Accordingly, this Notice of Removal is filed within the time period prescribed by 28 U.S.C. §1446(b). *See, Yu-Wen Chiu v. Lincoln,* 2018 WL 4205423 (E.D. La. 9/4/18) (citing *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 347-48 (1999) ("defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, through service or otherwise, after and apart from service of the summons, but not by mere receipt of the complaint unattended by any formal service").

III.

The action is one of a civil nature that alleges the liability of KTC and KMA and KIE to plaintiffs. Plaintiffs allege that on August 6, 2020 their decedent, Michael L. Perrilloux, Jr., was killed while operating a U17 Kubota excavator, which he allegedly rented from defendant, Home Depot U.S.A., Inc. Plaintiffs seek survival and wrongful death damages from all of the defendants, pursuant to Louisiana law. *See* Exhibit "A."

IV.

The matter in dispute, being a claim for wrongful death and a purported survival action, reasonably appears to seek damages in excess of seventy-five thousand dollars, exclusive of interest and costs.

V.

Plaintiffs Sharon Lavigne Perrilloux and A. P. are, according to the petition, residents and domiciliaries of Louisiana. Plaintiffs are Louisiana citizens.

VI.

KTC is a California corporation with its principal place of business in Grapevine, Texas. KMA is a Georgia corporation with its principal place of business in Gainesville, Georgia. KIE is a Georgia corporation with its principal place of business in Jefferson, Georgia.

None of the other named defendants is a citizen of Louisiana. Kubota Corporation is a Japanese corporation with its principal place of business in Osaka, Japan. Home Depot U.S.A., Inc. is a Delaware corporation with its principal place of business in Atlanta, Georgia.

VII.

Complete diversity of citizenship therefore exists between the plaintiffs and all named defendants.

VIII.

As of the date of the filing of this Notice of Removal, none of KTC's and KMA's and KIE's named co-defendants had been served, with the exception of Home Depot, U.S.A., Inc., which was served with plaintiffs' lawsuit on July 15, 2021. As indicated by the "Notice of Consent" attached as Exhibit "B," Home Depot U.S.A., Inc. consents to the removal of this case to federal court. The requirements of 28 U.S.C. 1446(B)(2)(A) have thus been satisfied, in that "all defendants who have been properly joined and served . . . consent to the removal of the action."

IX.

This matter is removable pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441.

WHEREFORE, Kubota Tractor Corporation and Kubota Manufacturing of America Corporation and Kubota Industrial Equipment Corporation give notice of removal of the above captioned case from state court to this Court.

/s/ *Deirdre C. McGlinchey*
Deirdre C. McGlinchey (24167) (T.A.)
Francis H. Brown (16831)
Farren L. Davis (38714)
dmcglinchey@mcglinchey.com
fbrown@mcglinchey.com
fdavis@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, Floor 12
New Orleans, Louisiana 70130
Telephone (504) 586.1200
COUNSEL FOR KUBOTA TRACTOR
CORPORATION AND KUBOTA
MANUFACTURING OF AMERICA
CORPORATION AND KUBOTA INDUSTRIAL
EQUIPMENT CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on:

    W. Paul Wilkins, Esq.
    pwilkins@dudleydebosier.com
    Adras Paul Laborde, III, Esq.
    plaborde@dudleydebosier.com
    Monica Gant Mouton, Esq.
    mmoton@dudleydebosier.com
    Dudley Debosier Injury Lawyers, PLC
    1075 Government Street
    Baton Rouge, Louisiana 70802
    Telephone (225) 379.4937
    COUNSEL FOR PLAINTIFFS

    and

    Arthur K. Smith, Esq.
    asmith@aksmithlaw.com
    Blair Park
    bpark@aksmithlaw.com
    Law Offices of Arthur K. Smith
    507 Prestige Circle
    Allen, Texas 75002-3438
    Telephone (469) 519-2500
    Fax: (469) 519-2555
    COUNSEL FOR HOME DEPOT (via "fax')

by the manner indicated above and by "e-mail" and by depositing a copy of same, postage prepaid and duly addressed, in the U.S. Mail, this August 13, 2021.

                                        */s/ Deirdre C. McGlinchey*
                                        DEIRDRE C. MCGLINCHEY