# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON LAVIGNE PERRILLOUX, INDIVIDUALLY AND ON BEHALF OF, ALLIE PERRILLOUX** | **CIVIL ACTION NO.:21-1532** <br><br> **JUDGE FELDMAN** |
| **VERSUS** | **MAGISTRATE JUDGE NORTH** |
| **KUBOTA CORPORATION, ET AL** | |

## ORDER

**IT IS ORDERED** that plaintiffs' Motion to Reconsider is **GRANTED**; and the Motion to Appoint International Private Process Server is **GRANTED**; order shall separately issue.

SIGNED in New Orleans, Louisiana, on this  27th  day of        October       , 2021

*[signature: Martin L. C. Feldman]*

UNITED STATES DISTRICT JUDGE