UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON LAVIGNE PERRILLOUX, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, A.P. | CIVIL ACTION |
| VERSUS | NO: 21-1532 |
| KUBOTA CORPORATION, ET AL. | SECTION: "J"(5) |

## ORDER

Considering the foregoing *Joint Motion for Partial Dismissal with Prejudice* **(Rec. Doc. 61)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all claims and demands of Plaintiff Sharon Lavigne Perrilloux against Defendant Home Depot U.S.A., Inc. only are **DISMISSED, with prejudice**, and with each party to bear their own costs.

New Orleans, Louisiana, this 10th day of June, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE